**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

*In re:*

James Anthony Grossi,

|  |  |
|---|---|
| | **Chapter:** 13 |
| | **Case Number:** 25-51118 |
| Debtor(s). | **Judge:** Maria L. Oxholm |

_____/

<u>**NOTICE OF VOLUNTARY DISMISSAL**
**OF CHAPTER 13 CASE**</u>

TAKE NOTICE as Debtor James Anthony Grossi, request the dismissal of his Chapter 13 Bankruptcy Case 25-51118 filed under Title 11 of the United States Bankruptcy Code.

Approved:

/s/ James Anthony Grossi
James Anthony Grossi

Dated: December 1, 2025

**The Law Office of Afan Bapacker, P.C.**

/s/Afan Bapacker_____
Afan Bapacker (P70885)
The Law Office of Afan Bapacker, PC
Attorney for Debtor
1 Parklane Blvd. Ste. 729, east
Dearborn, MI 48126
313-429-9525
Fax: 313-447-3014

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

*In re:*

James Anthony Grossi,

**Chapter:** 13
**Case Number:** 25-51118
Debtor(s).
**Judge:** Maria L. Oxholm

_____/

## ORDER DISMISS CHAPTER 13 CASE

The matter having come before the Court upon Debtor's filing of the Notice Voluntarily

Dismissing  Case (ECF ___); and this Court otherwise being fully advised on the premises:

**IT IS HEREBY ORDERED** that the above captioned Chapter 13 case is hereby

DISMISSED.

EXHIBIT A